IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jamison, Robert R

Printed: 10/29/08

Case Number: 05 B 04731
Judge: Wedoff, Eugene R
Filed: 2/14/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 11, 2008
Confirmed: June 2, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 22,565.00 |  |
| Secured: |  | 19,056.69 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,700.00 |
| Trustee Fee: |  | 1,108.31 |
| Other Funds: |  | 700.00 |
| Totals: | 22,565.00 | 22,565.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Veronica D Joyner | Administrative | 1,700.00 | 1,700.00 |
| 2. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | HSBC Mortgage Services | Secured | 3,454.08 | 2,167.65 |
| 4. | Cook County Treasurer | Secured | 912.00 | 572.35 |
| 5. | Select Portfolio Servicing | Secured | 26,000.00 | 16,316.69 |
| 6. | Arrow Financial Services | Unsecured | 9.82 | 0.00 |
| 7. | Cook County Treasurer | Unsecured | 196.32 | 0.00 |
| 8. | Personal Finance Company | Unsecured | 957.03 | 0.00 |
| 9. | Bally Health & Tennis Club | Unsecured |  | No Claim Filed |
| 10. | Capital One | Unsecured |  | No Claim Filed |
| 11. | Citi Cards | Unsecured |  | No Claim Filed |
| 12. | GO More Financial | Unsecured |  | No Claim Filed |
| 13. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |
|  |  |  | $ 33,229.25 | $ 20,756.69 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 78.60 |
| 5.5% | 359.42 |
| 5% | 69.50 |
| 4.8% | 207.36 |
| 5.4% | 302.41 |
| 6.5% | 91.02 |
|  | $ 1,108.31 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Jamison, Robert R

Printed: 10/29/08

Case Number:  05 B 04731
Judge:  Wedoff, Eugene R
Filed:  2/14/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

